In the Matter of the Accounting of ELMER E. KELLEY, as Executor of WILLIAM B. HUGHES, Deceased.

MARTHA D. CONLAN, Appellant; CLIFTON O. HUGHES, Respondent.

(Argued April 26, 1929; decided May 28, 1929.)

*Henry P. Nevins* for appellant.
*Charles E. Congdon* for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.